# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2807

_____

Wayne King,                                      *
                                                 *
        Appellant,                    *   Appeal from the United States
                                                 *   District Court for the
    v.                                       *   Western District of Arkansas.
                                                 *
Marilyn Johnson,                                 *        **[UNPUBLISHED]**
                                                 *
        Appellee.                     *

_____

Submitted: March 29, 2000
Filed: April 4, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

      Marilyn Johnson obtained a guardianship under Arkansas law, over her father, Wayne King, and moved him to her home in California. King later returned to Arkansas, and eventually the guardianship was closed. King later brought this action against his daughter, asserting various constitutional and state law claims arising out of the guardianship and temporary move to California. The district court[1] granted summary judgment to Johnson, and King appeals. We affirm.

---

[1]The HONORABLE H. FRANKLIN WATERS, United States District Judge for the Western District of Arkansas.

We have carefully reviewed the record and the parties' submissions, including the papers from the guardianship proceeding, and those from King's later petition for accounting against Johnson. We conclude that King's claims in this proceeding are either barred under the <u>Rooker-Feldman</u> doctrine, under which lower federal courts may not review claims which are inextricably intertwined with claims asserted in a state court proceeding, <u>see</u> <u>Charchenko v. City of Stillwater</u>, 47 F.3d 981, 983 (8th Cir. 1995); or are barred by principles of collateral estoppel, based on our prior opinion reversing the denial of qualified immunity to Johnson's codefendant in <u>King v. Beavers</u>, 148 F.3d 1031 (8th Cir.), <u>cert. denied</u>, 119 S. Ct. 513 (1998); or are meritless.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-